UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON,<br><br>    Plaintiff<br><br>v.<br><br>DIGITAL MEDIA SOLUTIONS, LLC,<br><br>    Defendant | CIVIL ACTION NO. 4:23-CV-438<br><br>(MEHALCHICK, J.) |

## ORDER

**AND NOW**, this 28th day of June, 2024, **IT IS HEREBY ORDERED** that the stipulation (Doc. 31) filed by the parties is **APPROVED** and the above captioned case is **CLOSED** pursuant to F.R.C.P. (41) with prejudice.

                                              **BY THE COURT:**

                                              *s/ Karoline Mehalchick*

                                              **KAROLINE MEHALCHICK**
                                              **United States District Judge**